UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY MICHAEL ZERBST,

    Plaintiff,                                  No. 16-10876

v.                                         Magistrate Judge R. Steven Whalen

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER GRANTING ATTORNEY FEES

Plaintiff's Joint Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. 28 U.S.C. § 2412(d)(1)(A) [Doc. #26] is GRANTED.

Plaintiff is awarded an attorney fee of $5,700.00 under the EAJA.

No later than 14 days from this Order, the Commissioner will determine whether the Plaintiff owes the Government a pre-existing debt. If no such debt is owed, then payment of the EAJA fees will be made directly to Plaintiff's attorney. If the Plaintiff does owe a pre-existing debt, the EAJA fees will be offset by the amount of the debt, with any remainder to be paid to Plaintiff's attorney. *See Cowart v. Commissioner of Soc. Sec.*, 795 Fed.Supp.2d 667, 671-72 (E.D. Mich. 2011).

IT IS SO ORDERED.

                                                      s/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Date: December 15, 2017

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was sent to parties of record on December 19, 2017, electronically and/or by U.S. mail.

                                      s/Carolyn Ciesla
                                      Case Manager to the Honorable
                                      R. Steven Whalen